# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERONICA G. BALDERAMA-AGUILAR,<br><br>Defendant. | Case No.: 08cr3134-LAB, 18cv1059-LAB<br>12cr527-RBM and 18cv1052-RBM<br><br>**ORDER CONSTRUING SECTION 2255 MOTIONS AS CORAM NOBIS PETITIONS;**<br><br>**ORDER GRANTING CORAM NOBIS PETITIONS; AND**<br><br>**ORDER REQUIRING LODGMENT OF PROPOSED ORDER** |

Defendant Veronica Balderama-Aguilar pled guilty to violation of 8 U.S.C. § 1326(a), being a deported alien found in the United States, and was sentenced to five years' supervised release. After that term expired, she discovered she is and has always been a United States citizen, making it impossible for her to have committed this offense.

///

She filed a 28 U.S.C. § 2255 motion, because her conviction in this case might affect her sentencing in another case. The sentencing hearing in that case was originally September 17, but was moved and is now set for October 15.

The Court issued an order (Docket no. 50) pointing out that because Balderama-Aguilar is no longer in custody, relief under § 2255 is unavailable. But the Court proposed to construe the motion as a petition for writ of *coram nobis*. Both Balderama-Aguilar and the government were ordered to file responses giving their positions on this proposal, as well as whether *coram nobis* relief should be granted. Both have now done so, and both agree that the petition should be so construed. Balderama-Aguilar proposes that the petition be granted. The government has waived any defense of laches, and does not oppose the granting of the petition.

The Court construes the § 2255 motion as a *coram nobis* petition. So construed, and for good cause shown, the petition is **GRANTED**. Balderama-Aguilar's conviction in this case is **VACATED**.

Case 12cr527-RBM, *United States v. Aguilar-Balderama*, is related and the government's response treats it as related. The issues and briefing in that case are essentially the same as in this case, which the Court will also treat as related. The Court construes Aguilar-Balderama's § 2255 motion as a *coram nobis* petition. So construed, and for good cause shown, the petition is **GRANTED**. Aguilar's conviction in that case is **VACATED**.

Attorney Melissa Lubin's as filed *ex parte* motion for appointment as counsel (Docket no. 54), which the Court is inclined to grant. But she must submit a usable proposed order as required by this District's Electronic Case Filing Administrative Policies and Procedures Manual. Her payment will be subject to this District's CJA limits.

/ / /

/ / /

Any other matters on which an order is required should be requested by joint motion, and the parties should lodge a proposed order in editable electronic format.

**IT IS SO ORDERED**.

Dated: September 18, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge